IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RONALD LEE CANADA          No. C 12-0959 TEH (PR)

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE COMPLAINT AND IN FORMA PAUPERIS APPLICATION

/    Doc. #4

     On February 27, 2012, Plaintiff, a state prisoner presently incarcerated at California State Prison - Sacramento ("CSP-Sacramento"), filed a letter with this court addressed to the "Coleman Special Master's Team."[1] Doc. #1. In his letter, Plaintiff alleges that he is being mistreated by CSP-Sacramento prison officials in retaliation for exercising his constitutional rights. Doc. #1. The Court Clerk notified Plaintiff in writing at

---

[1] Coleman v. Wilson, 912 F. Supp. 1282 (E.D. Cal. 1995), which involved a class of prisoner-plaintiffs with serious mental disorders, has been consolidated with another federal class action, Plata v. Schwarzenegger, No. C 01-01351 TEH (N.D. Cal., filed 2001).

that time that his action was deficient because his complaint was incomplete (Doc. #3) and because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis application (Doc. #2).  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action.  Doc. ## 2 & 3.

On March 23, 2012, plaintiff requested an extension of time to file the requested items.  Doc. #4.  Plaintiff's motion for an extension of time is GRANTED.  By May 5, 2012, plaintiff must file a complaint and either file the $350.00 filing fee or submit a signed and completed court-approved in forma pauperis application.

IT IS SO ORDERED.

DATED   *04/03/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Canada-12-959-eot ifp complaint.wpd

2