IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RONALD LEE CANADA                No. C 12-0959 TEH (PR)

_____/       ORDER OF DISMISSAL

On February 27, 2012, Plaintiff, a state prisoner presently incarcerated at California State Prison - Sacramento, filed a letter with this court addressed to the "Coleman Special Master's Team."[1] Doc. #1. In his letter, Plaintiff alleges that he is being mistreated by CSP-Sacramento's prison officials in retaliation for exercising his constitutional rights. Doc. #1. The Court Clerk notified Plaintiff in writing at that time that his action was deficient because his complaint was incomplete (Doc. #3) and because he had neither paid the requisite $350.00 filing fee nor

---

[1] Coleman v. Wilson, 912 F. Supp. 1282 (E.D. Cal. 1995), which involved a class of prisoner-plaintiffs with serious mental disorders, has been consolidated with another federal class action, Plata v. Schwarzenegger, No. C 01-01351 TEH (N.D. Cal., filed 2001).

1 submitted a signed and completed court-approved in forma pauperis
2 application (Doc. #2).  See 28 U.S.C. § 1915(a)(2).  Plaintiff was
3 advised that failure to file the requested items within thirty (30)
4 days would result in dismissal of the action.  Doc. ## 2 & 3.
5         On April 4, 2012, the Court granted Plaintiff an extension
6 of time to May 5, 2012, to file his complaint and either file an in
7 forma pauperis application or pay the filing fee.  The deadline has
8 passed and Plaintiff has not provided the Court with the requisite
9 items.  The action, therefore, is DISMISSED without prejudice.  No
10 filings fees are due.
11        The Clerk is directed to terminate all pending motions as
12 moot and close the file.

14        IT IS SO ORDERED.

16 DATED    *05/09/2012*               _____
                                       **THELTON E. HENDERSON**
17                                     **United States District Judge**

22 G:\PRO-SE\TEH\CR.12\Canada-12-959-no complaint-no ifp-dismissal.wpd

**2**